IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED CLERK
U.S. DISTRICT COURT
2000 AUG 18 PM 3:34
TEXAS EASTERN

| | | |
|---|---|---|
| GARY ODOM | § | |
| Plaintiff, | § § § | Civil Action No. 6:08CV331 |
| vs. | § § | |
| MICROSOFT CORPORATION | § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT

### I. NATURE OF THE ACTION

Plaintiff Gary Odom ("Odom"), brings this action against defendant Microsoft Corporation ("Microsoft"), for patent infringement under the laws of the United States, Title 35, United States Code.

### II. JURISDICTION AND VENUE

1. This is an action under the laws of the United States, 35 U.S.C. § 101 *et seq.* This Court has subject matter jurisdiction of this action under 28 U.S.C. §§ 1331, 1337 and 1338(a).

2. Venue is proper in this judicial District pursuant to 28 U.S.C. §§1391(b)-(c) and 1400(b) because Microsoft has done business in this District, has committed acts of infringement in this District, and continues to commit acts of infringement in this District, entitling Odom to relief.

## III. PARTIES

3. Odom alleges all facts herein on information and belief, except those facts concerning the activities of Odom.

4. Odom is an individual, residing at 123 NW 12th Avenue, #1545, Portland, Oregon 97209.

5. Odom is the sole inventor and owner of the patent at issue in this action, U.S. Patent No. 7,363,592 B1.

6. Microsoft is a Washington corporation with its principal place of business at One Microsoft Way, Redmond, Washington 98052-6399.

## IV. CAUSE OF ACTION

### INFRINGEMENT OF U.S. PATENT NO. 7,363,592

7. On April 22, 2008, United States Patent No. 7,363,592 B1 (the "'592 patent") was duly and legally issued for an invention entitled "Tool group manipulations." Odom was the sole inventor on the '592 patent, and continues to hold all rights and interest in the '592 patent. A true and correct copy of the '592 patent is attached hereto as Exhibit A.

8. Microsoft has infringed and continues to infringe the '592 patent in this judicial district and elsewhere, directly, by inducement and/or contributorily, by manufacturing, marketing, selling, distributing, importing, and/or using products, including Microsoft Office 2007. Microsoft is liable for its infringement of the '592 patent pursuant to 35 U.S.C. § 271.

9. Microsoft's acts of infringement have caused damage to Odom, and Odom is entitled to recover from Microsoft the damages sustained by Odom as a result of Microsoft's wrongful acts in an amount subject to proof at trial. Microsoft's infringement of Odom's

exclusive rights under the '592 patent will continue to damage Odom, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

10. The filing of this action constitutes notice pursuant to 35 U.S.C. § 287.

## JURY DEMAND

11. Odom hereby demands a trial by jury on all claims and issues.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Odom, requests entry of judgment in its favor and against Microsoft as follows:

a) Declaring that Microsoft has infringed U.S. Patent No. 7,363,592 B1;

b) Permanently enjoining Microsoft, and the respective officers, agents, employees, and those acting in privity with it, from further infringement, contributory infringement and/or inducing infringement of U.S. Patent No. 7,363,592 B1;

c) Awarding Odom damages arising from Microsoft's infringement of U.S. Patent No. 7,363,592 B1, which can be no less than a reasonable royalty, and increasing those damages to three times the amount assessed pursuant to 35 U.S.C. § 284 to the extent allowable by law;

d) Awarding Odom prejudgment and post-judgment interest;

e) Declaring this an exceptional case and awarding attorneys' fees and costs pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and

f) Awarding such other costs and further relief as the Court may deem just and proper under the circumstances.

DATED: August 18, 2008.                    Respectfully submitted,

                                    By:    /s/ S. Calvin Capshaw
                                           S. Calvin Capshaw, III
                                           State Bar No. 03783900
                                           Elizabeth L. DeRieux
                                           State Bar No. 05770585
                                           N. Claire Abernathy
                                           State Bar No. 24053063
                                           Capshaw DeRieux, LLP
                                           1127 Judson Road, Suite 220
                                           Longview, Texas 75601
                                           (903) 236-9800 Telephone
                                           (903) 236-8787 Facsimile
                                           E-mail: ccapshaw@capshawlaw.com
                                           E-mail: ederieux@capshawlaw.com
                                           E-mail: chenry@capshawlaw.com

                                           Max L. Tribble, Jr. – Lead Attorney
                                           SUSMAN GODFREY L.L.P.
                                           State Bar No. 20213950
                                           Email: mtribble@susmangodfrey.com
                                           Susman Godfrey L.L.P.
                                           1000 Louisiana Street, Suite 5100
                                           Houston, TX 77002
                                           Telephone: (713) 651-9366
                                           Facsimile: (713) 654-6666

                                           Brooke A.M. Taylor
                                           SUSMAN GODFREY L.L.P.
                                           WA State Bar No. 33190
                                           Email: btaylor@susmangodfrey.com
                                           Genevieve J. Vose
                                           WA State Bar No. 38422
                                           Email: gvose@susmangodfrey.com
                                           Susman Godfrey L.L.P.
                                           1201 Third Avenue, Suite 3800
                                           Seattle, WA 98101-3000
                                           Telephone: (206) 516-3880
                                           Facsimile: (206) 516-3883

                                           ATTORNEYS FOR PLAINTIFF GARY ODOM

OF COUNSEL:

Franklin Jones, Jr.
State Bar No. 00000055
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
Email: maizieh@millerfirm.com

Otis W. Carroll
State Bar No. 03895700
Email: nancy@icklaw.com
Collin M. Maloney
State Bar No.: 00794219
Email: cmaloney@icklaw.com
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
PARKER & BUNT, P.C.
1000 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Attorneys for Plaintiff Gary Odom