IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GARY ODOM,<br><br>    Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 6:08-cv-00331-LED<br><br>Jury Trial Demanded |

## DECLARATION OF GENEVIEVE VOSE

I, Genevieve Vose, declare as follows:

1. I am an attorney with the law firm of Susman Godfrey L.L.P., and counsel for Gary Odom, in the above-captioned action. I am a member in good standing of the bar of the state of Washington and am admitted to practice before the District Court in the Eastern District of Texas. I am over the age of eighteen, attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of *Singleton v. Volkswagen of Am.*, 2006 U.S. Dist. LEXIS 65006 (E.D. Tex. Sept. 11, 2006).

3. Attached hereto as **Exhibit 2** is a true and correct copy of *AMS Staff Leasing v. Starving Students, Inc.*, 2003 U.S. Dist. LEXIS 10345 (N.D. Tex. 2003).

4. Attached hereto as **Exhibit 3** is a true and correct copy of *I Santi, Inc. v. Great Am. Ins. Co. of New York,* 08-895, 2008 U.S. Dist. LEXIS 91941 (E.D. La. Oct. 31, 2008).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 24th day of November, 2008, at Seattle, Washington.

                                                                            s/   Genevieve Vose
                                                                           Genevieve Vose

## CERTIFICATE OF SERVICE

      I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

      I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid to all non-CM/ECF participants.


                                                                       s/      Genevieve Vose

DECLARATION OF GENEVIEVE VOSE
879728v1/010869