IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GARY ODOM | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:08-CV-331(LED) |
| | § | |
| vs. | § | |
| | § | |
| MICROSOFT CORPORATION | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## NOTICE OF DISCLOSURES

Please take notice that Plaintiff, Gary Odom, pursuant to P.R. 3-1 and P.R. 3-2 and the Court's Order dated November 6, 2008, served its Disclosure of Asserted Claims and Preliminary Infringement Contentions on counsel of record via electronic delivery on Friday, December 5, 2008.

DATED: December 10, 2008.                Respectfully submitted,

                                         By:   /s/ Elizabeth L. DeRieux
                                                S. Calvin Capshaw, III
                                                State Bar No. 03783900
                                                Elizabeth L. DeRieux
                                                State Bar No. 05770585
                                                N. Claire Abernathy
                                                State Bar No. 24053063
                                                Capshaw DeRieux, LLP
                                                1127 Judson Road, Suite 220
                                                Longview, Texas 75601
                                                (903) 236-9800 Telephone
                                                (903) 236-8787 Facsimile
                                                E-mail: ccapshaw@capshawlaw.com
                                                E-mail: ederieux@capshawlaw.com
                                                E-mail: chenry@capshawlaw.com

- 1 -

        Max L. Tribble, Jr. – Lead Attorney
        SUSMAN GODFREY L.L.P.
        State Bar No. 20213950
        Email: mtribble@susmangodfrey.com
        Susman Godfrey L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, TX 77002
        Telephone: (713) 651-9366
        Facsimile: (713) 654-6666

        Brooke A.M. Taylor
        SUSMAN GODFREY L.L.P.
        WA State Bar No. 33190
        Email: btaylor@susmangodfrey.com
        Genevieve J. Vose
        WA State Bar No. 38422
        Email: gvose@susmangodfrey.com
        Susman Godfrey L.L.P.
        1201 Third Avenue, Suite 3800
        Seattle, WA 98101-3000
        Telephone: (206) 516-3880
        Facsimile: (206) 516-3883

        ATTORNEYS FOR PLAINTIFF GARY ODOM

OF COUNSEL:

Franklin Jones, Jr.
State Bar No. 00000055
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
Email: maizieh@millerfirm.com

Otis W. Carroll
State Bar No. 03895700
Email: nancy@icklaw.com
Collin M. Maloney
State Bar No.: 00794219
Email: cmaloney@icklaw.com

- 2 -

NOTICE OF DISCLOSURES

IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
PARKER & BUNT, P.C.
1000 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Attorneys for Plaintiff Gary Odom

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux